| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TRACY L. WILKISON<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney, Chief, Civil Division<br>GREGORY J. AGRON  (State Bar No. 311844)<br>Assistant United States Attorney<br>RICHARD PARK  (State Bar No. 236173)<br>Assistant United States Attorney<br>300 North Los Angeles Street Room 7516<br>Los Angeles, California 90012-9834<br>Telephone: (213) 894-3275 Fax: (213) 894-7819<br>Email: Richard.park@usdoj.gov<br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* U.S. DEPARTMENT OF EDUCATION | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MICHELLE C. MATHIS<br><br>Debtor(s). | CASE NO.:    2:19-BK-13660-ER<br>ADVERSARY NO.:    2:20-ap-01619-ER<br>CHAPTER:    7 |
|---|---|
| MICHELLE C. MATHIS<br><br>Plaintiff(s).<br>vs.<br>UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    06/15/2021<br>TIME:    10:00 a.m.<br>COURTROOM:    1568<br>ADDRESS:    255 E Temple St.,<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 1                              F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

    Defendant does not intend to file any dispositive motions at the present time, but may do so after completion of discovery.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | September, 2021 | September, 2021 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | Trial Calendar/ Settlement Discussions | Completion of discovery/ Settlement Discussions |

3. When do you expect to complete your discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | August, 2021 | August, 2021 |

4. What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | Deposition(s), and potential third party subpoenas as applicable. | Deposition(s), and potential third party subpoenas as applicable. |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | 1-2 days | 1-2 days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|
    | Unknown | Unknown |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown | Unknown |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 09/01/2021 | (date) 09/01/2021 |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

    The parties have discussed potential settlement options, including the possibility of structured or income driven repayments of the promissory note, but have not reached settlement.

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 3                              F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Defendant requests that the last day to disclose expert witnesses and expert witness reports be extended from 6/29/2021 to 7/29/2021 as a tentative date for Petitioner's deposition has been set for 6/23/2021.

Respectfully submitted,

Date: 06/01/2021

In pro per
Printed name of law firm

*[signature]*
Signature

Michelle C. Mathis
Printed name

Attorney for: Plaintiff Michelle C. Mathis

Date: 06/01/2021

U.S. ATTORNEY'S OFFICE
Printed name of law firm

/S/ RIchard Park
Signature

Richard Park
Printed name

Attorney for: U.S. DEPARTMENT OF EDUCATION

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT