ORDER No. _____



# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER **7.00**

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

**Ordering Party's Name:** AUSA Gregory Agron (Counsel for Defendant US Dept. of Education)    **Attorney Bar#** Cal. Bar No. 311844
**Law Firm:** United States Attorney's Office
**Mailing Address:** 300 N. Los Angeles St., Suite 7516

**Person to Contact** (**If Judge-ordered: Transcriber to contact Procurement\*\***): Drew S. Dennis, Paralegal Specialist
**Telephone:** (213) 894-5755    **E-mail:** drew.dennis@usdoj.gov
**Bankruptcy Case #:** 2:19-bk-13660-ER    **Adversary Proceeding #/MP #:** 2:20-ap-01619-ER
**Date of Hearing** (**complete a SEPARATE form for EACH hearing date**): 9/29/2021    **Time:** 9:00am
**Debtor:** Michelle Claudia Mathis
**Adversary Proceeding Name:** Michelle C. Mathis    vs. United States Dept. of Education
**Hearing Judge:** E. Robles    **Courtroom #:** LA 1568
**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** SELECT
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
- ☒ 14 Days    ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
- ☐ 7 Days    ☐ Testimony of Witness _____
  ☐ Other*    (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*