## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

01/06/2022
Date

KATHLEEN J. CAMPBELL
U. S. Bankruptcy Court
213.894.1276

By: _____
Deputy Clerk

Disposed of on _____    Deputy Clerk _____

Withdrawn on _____    By: _____

Revised 12/12