B2630 (Form 2630)

# United States Bankruptcy Court

Central _____ District Of California _____

In re    Michelle Claudia Mathis _____,
        Debtor

        Michelle Claudia Mathis _____,
        Plaintiff

    v.  United States Department of Education _____,
        Defendant

Case No.    2:19-bk-13660-ER

Chapter    7

Adv. Proc. No.  2:20-ap-01619-ER

## BILL OF COSTS

Judgment was entered in the above entitled action on  12/29/2021    against    Michelle Claudia Mathis _____.
                                                        date

**The clerk of the bankruptcy court is requested to tax the following as costs:**

| | |
|---|---|
| Fees of the clerk............................................................................................................................ | $ _____ |
| Fees for service of summons and complaint ................................................................................. | $ _____ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case ..... | $ 290.50 |
| Fees and disbursements for printing ............................................................................................. | $ _____ |
| Fees for witnesses (*Itemized on reverse*)....................................................................................... | $ _____ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case ........... | $ _____ |
| Docket fees under 28 U.S.C. § 1923 .............................................................................................. | $ _____ |
| Costs incident to taking of depositions ......................................................................................... | $ 1,132.35 |
| Costs as shown on Mandate of appellate court............................................................................ | $ _____ |
| Other costs [*Itemized on reverse*] ................................................................................................ | $ _____ |
| TOTAL | $ 1422.85 |

## DECLARATION

I, attorney for  United States Department of Education _____    declare under penalties of perjury that the
                (name of party)

foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were
actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment
Debtor              Michelle Claudia Mathis _____

Address             74 Seastar Court, Dana Point, CA 92629 _____

                    _____

                    _____

                    _____

Date        1-12-22 _____    Signature of Attorney  _____

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:        $ _____

Clerk of the
Bankruptcy Court    _____

Date        _____    By Deputy Clerk:    _____

**Witness Fees** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | ____ | $ _____ | ____ | $ _____ | _____ | $ _____ | $ _____ |
| | | | | | | TOTAL | $ _____ |

**NOTICE**

**Section 1924, Title 28, U.S. Code provides:**

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**

"(1) Costs *Other Than Attorney's Fees.* The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**

"ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescr bed period would otherwise expire under Rule 9006(a)."

**Rule 7058**

This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."

# EXHIBIT A

# Invoice for Deposition of Plaintiff Michelle Claudia Mathis

# INVOICE

1 of 1



17835 VENTURA BLVD., SUITE 310  ENCINO, CA  91316
📞 888-272-0022  🖨 818-343-7119  BENHYATT.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1169365 | 7/29/2021 | 1130610 |
| **Job Date** | **Case No.** | |
| 6/23/2021 | 2:19-bk-13660-ER/Adv. #2:20-ap-01619 | |
| **Case Name** | | |
| Mathis, Michelle C. vs. U.S. Department of Education | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gregory J. Agron, AUSA
U.S. Department of Justice
U.S. Attorney's Office
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

**RECEIVED 7/29/21** 𝒢. ℒ.

Michelle Claudia Mathis

| | | | | | |
|---|---|---|---|---|---|
| 4019 Original Regular Transcript | 135.00 | Pages | @ | 5.300 | 715.50 |
| 4023 Condensed Transcript | 35.00 | Pages | @ | 2.050 | 71.75 |
| 4024 Key Word Indexing | 22.00 | Pages | @ | 2.050 | 45.10 |
| 4027 CD-R (ordered with transcript) | 1.00 | Disks | @ | 20.000 | 20.00 |
| 4030 Attendance Fee | 4.00 | Hours | @ | 70.000 | 280.00 |

TOTAL DUE  >>>  **$1,132.35**

**I certify that goods and/or
services were received
and/or accepted on/before
the date of this invoice
(7/29/21)**

Client Matter No.  012-310-BH-OY4-20-D
Location of Job  : ALL PARTIES APPEARING REMOTELY VIA ZOOM

*Each transcript contains one certification page*

Shipped via UPS Ground on 07/14/2021.  UPS Tracking #1z4e78w20356463529 *Gary E. Telma* for G.A., see email
New Contract #11C-EOA12-0053

**Ben Hyatt, UDT
15JA05-20-F-00000179
R20CACA1049
Rate/Totals Correct? YES
Within performance period? YES
Sufficient Funding? YES
Okay to pay contractually**

---

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*  *Gary E. Telma*  9/7/21
**Contracting Officer Rep.  Date**

---

Gregory J. Agron, AUSA
U.S. Department of Justice
U.S. Attorney's Office
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

| Invoice No. | : 1169365 |
|---|---|
| Invoice Date | : 7/29/2021 |
| **Total Due** | : **$1,132.35** |

Remit To:  **Ben Hyatt Certified Deposition Reporters
17835 Ventura Blvd.
Suite 310
Encino, CA 91316**

| Job No. | : 1130610 |
|---|---|
| BU ID | : 1-HYATT |
| Case No. | : 2:19-bk-13660-ER/Adv. #2:20-ap-01619-ER |
| Case Name | : Mathis, Michelle C. vs. U.S. Department of Education |

| From: | Agron, Gregory (USACAC) |
|---|---|
| To: | Letona, Gary (USACAC) |
| Subject: | RE: Invoice No. 1169365 | Mathis, Michelle C. vs. U.S. Department of Education | Michelle Claudia Mathis |
| Date: | Monday, August 30, 2021 9:25:05 AM |
| Attachments: | image001.png |

Approved! Thank you so much!

Gregory J. Agron | Assistant United States Attorney
United States Attorney's Office | Central District of California
300 N. Los Angeles Street | Fed. Bldg., Rm. 7516 | Los Angeles, CA  90012
T: 213.894.5557 | Gregory.Agron@usdoj.gov

**From:** Letona, Gary (USACAC) <gletona@usa.doj.gov>
**Sent:** Wednesday, August 25, 2021 10:56 AM
**To:** Agron, Gregory (USACAC) <GAgron@usa.doj.gov>
**Cc:** Dennis, Drew (USACAC) <DDennis@usa.doj.gov>
**Subject:** FW: Invoice No. 1169365 | Mathis, Michelle C. vs. U.S. Department of Education | Michelle Claudia Mathis

Hello, please review the attached invoice and confirm you received the items/services invoiced. If approving, you can either reply to this email affirming approval, or sign at the red X and return to me via interoffice mail, or scan/email (don't date, will delay payment). Thanks.



**Gary Letona**
**Contracting Officer**
**U.S. Attorney's Office | Central District of California**
300 N. Los Angeles St., Room 3003-03 | Los Angeles, CA 90012
213-894-6501 | Gary.Letona@usdoj.gov

**From:** Angela Alvarado <angela@benhyatt.com>
**Sent:** Thursday, July 29, 2021 11:30 AM
**To:** Letona, Gary (USACAC) <gletona@usa.doj.gov>; Stevens, Rosa (USACAC) <rstevens@usa.doj.gov>; Ornelas, Daniel (USACAC) <DOrnelas@usa.doj.gov>; Posz, Arely (USACAC) <APosz@usa.doj.gov>
**Subject:** Invoice No. 1169365 | Mathis, Michelle C. vs. U.S. Department of Education | Michelle Claudia Mathis

Please see attachment

Regards,

Angela Alvarado
Ben Hyatt Certified Deposition Reporters
Phone: 888.272.0022 ext. 205
Facsimile: 818.343.7119
Email: angela@benhyatt.com
Website: www.benhyatt.com

*Stay Classy, Planet Earth!*

Please consider the environment before printing this e-mail.

# EXHIBIT B

# Invoice for Trial Transcript



# **I N V O I C E**

1 of 1



**BEN HYATT**
CERTIFIED DEPOSITION REPORTERS

17835 VENTURA BLVD., SUITE 310  ENCINO, CA 91316
📞 888-272-0022  📠 818-343-7119  **BENHYATT.COM**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1172105 | 10/19/2021 | 1135009 |
| **Job Date** | **Case No.** | |
| 10/1/2021 | 2:19-bk-13660-ER | |
| **Case Name** | | |
| In Re:  Michelle Claudia Mathis | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gregory J. Agron
United States Attorney's Office/Tax Division
300 N. Los Angeles Street
Room 7211
Los Angeles, CA 90012

**RECEIVED 1/4/22** *Ð.Z.*

---

ORIGINAL TRANSCRIPT OF:
  09/29/2021  Hearing Re:  Amended Complaint by Michelle C.
Mathis

| | | | | |
|---|---|---|---|---|
| | 66.00 | Pages | @ | 4.250 | 280.50 |
| Shipping | 1.00 | | @ | 10.000 | 10.00 |

**TOTAL DUE  >>>**  $290.50

Client Matter No. : 21-ER-16
Ordered by     : Robin Beacham, Project Specialist
                United States Bankruptcy Court - LA
                Central District of California
                Financial Services Department
                255 East Temple Street - Room 1067
                Los Angeles, CA 90012

**"I certify that goods and/or
services were received
and/or accepted on/before
the date of this invoice
(10/19/21)"**

*Gary E. Zetona*   for G.A., see email

14-DAY DELIVERY

DCN # - 012-451-BH-BY21-T

Thank you for using Ben Hyatt Certified Deposition Reporters.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$290.50** |

---

**Tax ID: 95-4691888**

*Please detach bottom portion and return with payment.*

Gregory J. Agron
United States Attorney's Office/Tax Division
300 N. Los Angeles Street
Room 7211
Los Angeles, CA 90012

**Hyatt, UDT
15JA0521F00000290 (HAL 1 and 2)
R21CACA1126
Rate/Totals Correct? YES
Within performance period? YES
Sufficient Funding? YES
Okay to pay contractually**

| | |
|---|---|
| Invoice No. | : 1172105 |
| Invoice Date | : 10/19/2021 |
| **Total Due** | : **$290.50** |

*Gary E. Zetona*   1/6/22
**Contracting Officer Rep. Date**

| | |
|---|---|
| Job No. | : 1135009 |
| BU ID | : 1-HYATT |
| Case No. | : 2:19-bk-13660-ER |
| Case Name | : In Re:  Michelle Claudia Mathis |

Remit To: **Ben Hyatt Certified Deposition Reporters
17835 Ventura Blvd.
Suite 310
Encino, CA 91316**

| | |
|---|---|
| **From:** | Agron, Gregory (USACAC) |
| **To:** | Dennis, Drew (USACAC) |
| **Cc:** | Letona, Gary (USACAC) |
| **Subject:** | Re: Mathis v. ED - Approval Needed for Transcription Invoice |
| **Date:** | Wednesday, January 5, 2022 12:35:05 PM |

Shoot  - sorry. I must have missed this.

I think this looks right for the transcript.

All the best,

Greg

> On Jan 5, 2022, at 10:23 AM, Dennis, Drew (USACAC)
> <DDennis@usa.doj.gov> wrote:
>
>
> Good morning Greg,
>
> I was looking for the invoice for the transcription services for the Mathis trial from Ben
> Hyatt, but I learned they'd not sent it to us.  Gary Letona looked into the issue and was
> able to obtain the attached invoice.
>
> Would you please confirm that the information regarding the services is correct, so
> that it may be processed?
>
> Thank you,
>
> **Drew S. Dennis**
> Paralegal Specialist
> Civil Division
> **United States Attorney's Office**
> Central District of California
> 300 N. Los Angeles Street, Suite 7516
> Los Angeles, CA 90012
> Phone: (213) 894-5755
> Fax:    (213) 894-7819
> Drew.Dennis@usdoj.gov
>
> <Invoice-1172105.pdf>