

**FILED & ENTERED**

**JAN 28 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Michelle C. Mathis, Debtor.<br><br>Michelle C. Mathis,<br><br>Plaintiff,<br>v.<br><br>United States Department of Education,<br><br>Defendant. | Case No.: 2:19-bk-13660-ER<br>Adv. No.: 2:20-ap-01619-ER<br><br>**ORDER REQUIRING DEFENDANT TO SERVE BILL OF COSTS UPON PLAINTIFF BY NO LATER THAN FEBRUARY 4, 2022**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

    The Court has reviewed the Bill of Costs [Doc. No. 64] submitted by the United States Department of Education ("Defendant"). There is no indication that Defendant served the Bill of Costs upon Michelle C. Mathis ("Debtor") as required by LBR 7054-1(c).[1] Based upon the foregoing, the Court **HEREBY ORDERS AS FOLLOWS:**

1) By no later than **February 4, 2022,** Defendant shall serve the Bill of Costs upon Debtor, and shall file a proof of service so indicating.
2) Debtor's objection to the Bill of Costs, if any, shall be filed and served by no later than **February 18, 2022**. As of that date, the taxation of costs shall stand submitted, and no hearing will be conducted unless otherwise ordered by the Court.

---

[1] Unless otherwise indicated, all "Civil Rule" references are to the Federal Rules of Civil Procedure, Rules 1–86; all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure, Rules 1001–9037; all "Evidence Rule" references are to the Federal Rules of Evidence, Rules 101–1103; all "LBR" references are to the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California, Rules 1001-1–9075-1; and all statutory references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532.

IT IS SO ORDERED.

###

Date: January 28, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge