**NOTICE RE DISPOSITION OF EXHIBITS**

FILED
FEB 0 8 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

_01/06/2022_
Date

**KATHLEEN J. CAMPBELL**
U. S. Bankruptcy Court
213.894.1276

By: _____
Deputy Clerk

Disposed of on _____          Deputy Clerk _____

Withdrawn on _2/2/22_          By: _____

Revised 12/12

DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☐   or   Defendant/Respondent(s): ☒

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**FILED SEP 2 9 2021**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Michelle Claudia Mathis

Debtor(s)

Michelle Claudia Mathis

Plaintiff/Movant(s)

vs.

United States Department of Education

Defendant/Respondent(s)

Case No.: 2:19-bk-13660-ER

Adversary No.: 2:20-ap-01619-ER

Chapter  7 ☒   11 ☐   13 ☐

**EXHIBIT REGISTER AND NOTICE**

**RE DISPOSITION OF EXHIBITS**

Hearing Date: 09/29/2021

Hearing Time: 9:00 a.m.

Hearing Place: Ctrm. 1568
255 East Temple Street
Los Angeles, CA 90012

## LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

1. PLEASE SEE ATTACHED EXHIBITS
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

B-3024   *   **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**

Revised 12/12



# MICHELLE CLAUDIA MATHIS v.
# UNITED STATES DEPARTMENT OF EDUCATION

2:20-ap-01619-ER

2:19-bk-13660-ER

### INDEX OF TRIAL EXHIBITS OF DEFENDANT
### UNITED STATES DEPARTMENT OF EDUCATION
(Volume 1 of 2)

| Ex. No. | Description |
|---|---|
| A. | Plaintiff's Promissory Note |
| B. | Plaintiff's Voluntary Petition and Bankruptcy Schedules |
| C. | Plaintiff's Complaint for Dischargeability of Student Loan Debt |
| D. | Defendant's Answer to Plaintiffs' Complaint for Dischargeability of Student Loan Debt |
| E. | Plaintiff's Housing Lease |
| F. | Plaintiff's Bank Statements |
| G. | Plaintiff's Employment Applications |
| H. | Letter to Plaintiff Regarding Repayment Options from ED (dated 8/30/21) |
| I. | Defendant's Initial Disclosures |

# MICHELLE CLAUDIA MATHIS v.
# UNITED STATES DEPARTMENT OF EDUCATION

2:20-ap-01619-ER
2:19-bk-13660-ER

### INDEX OF TRIAL EXHIBITS OF DEFENDANT
### UNITED STATES DEPARTMENT OF EDUCATION
(Volume 2 of 2)

| Ex. No. | Description |
|---|---|
| I. (Cont'd) | Defendant's Initial Disclosures |
| J. | Defendant's Request for Admissions [Set One] |
| K. | Defendant's Interrogatories [Set One] |
| L. | Defendant's Request for Production of Documents [Set One] |
| M. | Plaintiff's Response to Defendant's Request for Admissions [Set One] |
| N. | Plaintiff's Response to Defendant's Interrogatories [Set One] |
| O. | Plaintiff's Response to Defendant's Request for Production of Documents [Set One] |
| P. | Defendant's Federal Student Aid Calculation Results |
| Q. | Deposition Transcript of Plaintiff, dated 6/23/2021 |
| R. | Defendant's *Certificate of Indebtedness* regarding Plaintiff's student loans |