**FILED & ENTERED**

**FEB 28 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:        Michelle C. Mathis, Debtor. | Case No.:  2:19-bk-13660-ER |
| Michelle C. Mathis, | Adv. No.:  2:20-ap-01619-ER |
| Plaintiff, | **ORDER TAXING COSTS IN THE AMOUNT OF $1,422.85 TO PLAINTIFF** |
| v. | |
| United States Department of Education, | **[RELATES TO DOC. NO. 64]** |
| Defendant. | [No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

The Court having reviewed the Bill of Costs [Doc. No. 64] submitted by the United States Department of Education ("Defendant"); and the Bill of Costs having been served upon Michelle C. Mathis ("Plaintiff"); and Plaintiff having failed to timely object to the Bill of Costs; and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The costs in the amount of $1,422.85 claimed by Defendant are reasonable.
2) Costs in the amount of $1,422.85 are taxed to Plaintiff.

IT IS SO ORDERED.

###

Date: February 28, 2022

Ernest M. Robles
United States Bankruptcy Judge